UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA  30903

(706)849-4400

RE: LEVI T. WHITE VS. CREDIT CONTROL SERVICES, INC.

## NOTICE TO ALL COUNSEL OF RECORD

Take notice that the above-styled NOTICE OF REMOVAL has been docketed in the Southern District of Georgia, __Augusta Division__.

The Civil Action Number assigned to this case is: __CV114-242__

The case was filed and docketed on __December 30, 2014__,

and has been assigned to __Judge J. Randal Hall__.

THE REMOVING PARTY IS DIRECTED TO FILE A STATEMENT ENUMERATING ALL MOTIONS PENDING IN SAID CASE WITHIN THE STATE COURT AT THE TIME OF REMOVAL. THE REMOVING PARTY IS ALSO DIRECTED THAT COPIES OF ALL PENDING MOTIONS AND RESPONSES SHALL BE PROVIDED TO THE COURTROOM DEPUTY CLERK FOR THE PRESIDING JUDGE WITHIN TEN (10) DAYS OF REMOVAL.

DATE:   12/30/14

cc:
Levi T. White, Pro-se
John H. Bedard, Jr., Esq.

SCOTT L. POFF, CLERK

BY: _____
Deputy Clerk