IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LEVI WHITE | ) | |
| | ) | |
| Plaintiff, | ) | Civil File Action No. |
| v. | ) | 1:14-cv-00242-JRH-BKE |
| | ) | |
| CREDIT CONTROL SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
PURSUANT TO F. R. CIV. P. 7.1 AND S.D.G.A. LR. 7.1</u>**

The undersigned counsel of record for Source Receivables Management, LLC, certifies that the following is a full and complete list of parties in this action:

    Levi White                                  Plaintiff

    Credit Control Services, Inc.        Defendant

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

    Steven Sands                             Director

    The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

CCS Financial Services, Inc.                    Parent Company

Respectfully submitted this 6th day of January 2015.

                                                    **BEDARD LAW GROUP, P.C.**

                                                    /s/ Jonathan K. Aust
                                                    Jonathan K. Aust
                                                    Georgia Bar No. 448584
                                                    John H. Bedard, Jr.
                                                    Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LEVI WHITE | ) | |
| | ) | |
| Plaintiff, | ) | Civil File Action No. |
| v. | ) | 1:14-cv-00242-JRH-BKE |
| | ) | |
| CREDIT CONTROL SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed Defendant's Certificate of Interested Parties Pursuant to F.R. Civ. P. 7.1 and S.D.G.A. LR 7.1 with the Clerk of Court using the CM/ECF system and I deposited a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Levi T. White
2225 Morningside Dr.
Augusta, Georgia 30904

Respectfully submitted this 6th day of January 2015.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473