IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LEVI T. WHITE, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-242 |
| CREDIT CONTROL SERVICES, INC., | * | |
| Defendant. | * | |

**O R D E R**

Presently pending before the Court is Defendant's Notice of Settlement. (Doc. 10.) Defendant indicates that the parties have reached a tentative settlement agreement and requests that the Court "vacate" all current deadlines during the finalization process. Id.

Upon due consideration and for good cause shown, the Court **ORDERS** that this case shall be **STAYED** for **THIRTY (30) DAYS**. The Court further **DIRECTS** the parties to file a status report by **MONDAY, FEBRUARY 23, 2015** detailing their progress in the event the agreement is not finalized before that date.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA