IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LEVI WHITE ) | |
| ) | |
| Plaintiff, ) | Civil File Action No. |
| v. ) | 1:14-cv-00242-JRH-BKE |
| ) | |
| CREDIT CONTROL SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 16th day of February, 2015.

| | |
|---|---|
| **LEVI T. WHITE** | **BEDARD LAW GROUP, P.C.** |
| | |
| Levi T. White | /s/ Jonathan K. Aust |
| | Jonathan K. Aust |
| 2225 Morningside Drive. | Georgia Bar No. 448584 |
| Augusta, Georgia 30904 | John H. Bedard, Jr. |
| nazinga58@yahoo.com | Georgia Bar No. 043473 |
| | |
| *Pro Se Plaintiff* | 2810 Peachtree Industrial Blvd. |
| | Suite D |
| | Duluth, Georgia 30097 |

- 1 -

Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

*Attorney for the Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| LEVI WHITE ) | |
| ) | |
| Plaintiff, ) | Civil File Action No. |
| v. ) | 1:14-cv-00242-JRH-BKE |
| ) | |
| CREDIT CONTROL SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Stipulation of Dismissal with Prejudice using the CM/ECF system and I deposited a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Levi T. White
2225 Morningside Dr.
Augusta, Georgia 30904

Respectfully submitted this 16th day of February 2015. *JKA*

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

- 3 -